**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-6298

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ADRIAN MAURICE HUDGINS, a/k/a Dee,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, District Judge.  (7:94-cr-00133-sgw)

Submitted: July 20, 2006                    Decided: July 26, 2006

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Adrian Maurice Hudgins, Appellant Pro Se. Joseph William Hooge Mott, Thomas Jack Bondurant, Jr., Assistant United States Attorneys, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Adrian Maurice Hudgins appeals the district court's order denying his "motion to vacate and reimpose judgment," which the court construed as a motion to reopen the time for filing an appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Hudgins, No. 7:94-cr-00133-sgw (W.D. Va. Jan. 19, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED